# Court of Appeals
# of the State of Georgia

ATLANTA,   December 16, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0157. DANIEL ERIC COBBLE v. BRIAN OWENS, COMMISSIONER.**

Inmate Daniel Cobble seeks discretionary review of the trial court's order denying and dismissing his pro se "Petition for Reinstated Coram Nobis and Audita Querela."[1] Although the order was filed on October 13, 2014, Cobble did not file his application until November 16, 2014. To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because this application was filed 34 days after entry of the order Cobble seeks to appeal, it is untimely. We thus lack jurisdiction to consider the application, which is hereby DISMISSED. See *Hill*, supra.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   12/16/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] Because he was incarcerated when he initiated this action, Cobble's appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, "[a]ppeals of all actions filed by prisoners shall be as provided in Code Section 5-6-35," the discretionary appeals statute.